REC'D '05 NOV 01 15:41 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 03-471-01-RE |
| | ) | |
| v. | ) | ORDER OF DISMISSAL OF |
| | ) | INDICTMENT AS TO |
| LON LEE, | ) | DEFENDANT LON LEE |
| | ) | |
| Defendant. | ) | |

Based on the government's motion filed pursuant to Fed. R. Crim. P 48(a), it is hereby ordered that the indictment and superseding indictment filed on September 15, 2004, in the above-entitled case as to defendant Lon Lee be dismissed.

IT IS SO ORDERED this ___ day of November 2005.

THE HONORABLE JAMES A. REDDEN
United States District Judge

Presented by:

KARIN J. IMMERGUT
United States Attorney
District of Oregon

_____
FRANK NOONAN
Assistant United States Attorney